# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAIFAN LANG, JULIA LUCAS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-1677 |
| | : | |
| **VANGUARD CHESTER FUNDS**, *et al.* | : | |
| | | |
| **JOHN HARVEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-1741 |
| | : | |
| **VANGUARD CHESTER FUNDS**, *et al.* | : | |
| | | |
| **MARY RICHARDSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-2091 |
| | : | |
| **VANGUARD CHESTER FUNDS**, *et al.* | : | |
| | | |
| **DONALD R. LICHTENSTEIN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-2909 |
| | : | |
| **VANGUARD CHESTER FUNDS**, *et al.* | : | |

## ORDER

**AND NOW**, this 13th day of January 2026, it is **ORDERED** the above cases are subject to the judgment of *In Re: Vanguard Chester Funds Litigation*, No. 22-cv-955 (E.D.Pa.) (DI 208, 209) and are **closed**.

*/s/ John F. Murphy*
**MURPHY, J.**